UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL SECURITIES
CORPORATION, B RILEY WEALTH
MANAGEMENT

                  Petitioners,

     v.

GLENN GARDNER, RICHARD
FITZGERALD, JUDY FITZGERALD,

                  Respondents.

CASE NO. 2:26-cv-00191-BAT

**ORDER REGARDING SERVICE**

Petitioners filed a petition to confirm an arbitration award on January 19, 2026. Federal Rule of Civil Procedure 4 does not govern service of such a petition. *See Voltage Pictures, LLC v. Gussi, S.A. de C.V.*, 92 F.4th 815 (9th Cir.). The statute governing confirmation of arbitration awards, 9 U.S.C. § 9, says regarding service: "If the adverse party shall be a nonresident [of the district where the arbitration award was made], then the notice of the application shall be served by the marshal of any district within which the adverse party may be found in like manner as other process of the court." Petitioner alleges that the arbitration award was made in this district, and it appears that Respondents may reside elsewhere. *See* Dkt. 1-1 at 1 (naming New York-based counsel). Petitioners may move the Court to effect service by marshal, or may serve Respondents by other means, within the time allowed by the Federal Rules.

ORDER REGARDING SERVICE - 1

DATED this 20th day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING SERVICE - 2