UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL SECURITIES
CORPORATION, B RILEY WEALTH
MANAGEMENT

                Petitioners,

    v.

GLENN GARDNER, RICHARD
FITZGERALD, JUDY FITZGERALD,

                Respondents.

CASE NO. 2:26-cv-00191-BAT

**ORDER GRANTING MOTION FOR SERVICE BY US MARSHAL, DKT. 7**

The Court **GRANTS** Petitioners' motion for service by the United States Marshal on the Respondents who are non-resident parties for the reasons set forth by Petitioners in their motion for service and their declaration in support (Dkts. 7-8), and as required by the statute governing confirmation of arbitration awards, 9 U.S.C. § 9, and Ninth Circuit law as set forth in *Voltage Pictures, LLC v. Gussi, S.A. de C.V.*, 92 F.4th 815 (9th Cir.2024) and hereby **ORDERS**:

(1)    The United States Marshal shall serve no later than **May 1, 2026**, the nonresident Respondents Richard and Judy Fitzgerald who reside in the District of Nebraska with a last known address of 9712 Charles St., Omaha, Nebraska, 68114.

(2)    The Clerk shall provide counsel for the parties, and the United States Marshal

ORDER GRANTING MOTION FOR
SERVICE BY US MARSHAL, DKT. 7 - 1

with a copy of this Order.

DATED this 1st day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR
SERVICE BY US MARSHAL, DKT. 7 - 2