UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL SECURITIES CORPORATION, B RILEY WEALTH MANAGEMENT<br><br>                    Petitioners,<br><br>     v.<br><br>RICHARD FITZGERALD, JUDY FITZGERALD,<br><br>                    Respondents. | CASE NO. 2:26-cv-00191-BAT<br><br>**ORDER DIRECTING PETITIONER TO FILE STATUS REPORT** |

In April 2026, the Court granted Petitioners' motion for service by the United States Marshal on the Respondents and the Marshal filed return of service on April 9, 2026. Although Respondents Richard and Judy Fitzgerald were served, they have not filed a responsive pleading, and Plaintiff has taken no action. The Court accordingly **ORDERS**:

(1)     Plaintiff shall file a status report by June 18, 2026 regarding whether the intend to prosecute this matter or whether it has been resolved and should be dismissed.

DATED this 11th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PETITIONER TO FILE
STATUS REPORT - 1